# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Phillip Robert Morales,<br><br>　　　　　Defendant. | No. CR-14-0680-PHX-SRB<br><br>**ORDER** |

　　　Upon Defendant's Motion to Modify Conditions of Release (Third Request) (Doc. 27), having no opposition by the U.S. Attorney and Pretrial Services, and good cause appearing,

　　　**IT IS ORDERED** modifying Phillip Robert Morales' conditions of release permitting Mr. Morales to attend a Visitation hearing which is scheduled for Monday, October 13, 2014 at 11:30 a.m., on the Salt River Pima-Maricopa Indian Reservation.

　　　**IT IS FURTHER ORDERED** that all other conditions of release imposed on the defendant will remain the same unless otherwise ordered by this Court.

　　　The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____ to _____.

　　　Dated this 9th day of October, 2014.

_____
David K. Duncan
United States Magistrate Judge